# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Government Employees Insurance Company, et al. | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) |
| SUSAN J. POLINO PH.D. (A Sole Proprietorship), SUSAN J. POLINO, DAVID CATACORA, MARIE COLETTE LEON, SAMERRA WELSH, ORLEIDA MATOS, SHERYL LOUIS AND JOHN DOE DEFENDANTS "1" THROUGH "10", | ) |
| | ) |
| *Defendant* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   See Attached Rider "A".

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Barry I. Levy, Esq.
Rivkin Radler LLP
926 RXR Plaza
Uniondale, New York 11566
516-357-3000
RR File No. 005100.03594

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
                                                            *Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐  I returned the summons unexecuted because _____ ; or

❐  Other *(specify):*

_____ .


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .


I declare under penalty of perjury that this information is true.


Date: _____         _____
                                              *Server's signature*

                                              _____
                                              *Printed name and title*


                                              _____
                                              *Server's address*


Additional information regarding attempted service, etc:

# RIDER "A" TO SUMMONS IN
## GOVERNMENT EMPLOYEES INSURANCE COMPANY, et al. v. SUSAN POLINO
## PH. D. (A Sole Proprietorship), et al.

**Full Caption:**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY, GEICO
GENERAL INSURANCE COMPANY and GEICO                    Docket No.:_____ (    )
CASUALTY COMPANY,

                          Plaintiffs,

               -against-

SUSAN J. POLINO PH.D. (A Sole Proprietorship), SUSAN J.
POLINO, DAVID CATACORA, MARIE COLETTE LEON,
SAMERRA WELSH, ORLEIDA MATOS, SHERYL LOUIS
AND JOHN DOE DEFENDANTS "1" THROUGH "10",

                        Defendants.
-------------------------------------------------------------------------X

**Named Defendants:**

**SUSAN J. POLINO, PH.D. (A Sole Proprietorship)**
c/o NEW YORK SECRETARY OF STATE
99 WASHINGTON AVENUE
ALBANY, NEW YORK 12231-0001

**SUSAN J. POLINO**
28 TEMPLE PLACE
EAST AURORA, NY 14052-2524

**DAVID CATACORA**
4418 28TH AVE, APT 1F
ASTORIA, NY 11103-2158

**MARIE COLETTE LEON**
200-16 120TH AVE, FL 1
SAINT ALBANS, NY 11412-3804

**SAMERRA WELSCH**
1849 WHITE PLAINS ROAD
BRONX, NY 10462-1407

**ORLEIDA MATOS**
2420 CRESTON AVE, APT 5E
BRONX, NEW YORK 10468-6761

**SHERYL LOUIS**
1512 PARK PLACE, APARTMENT C5
BROOKLYN, NY 11213-3120