# EXHIBIT "3"

## PSYCHOLOGICAL ASSESSMENT REPORT
Dr. Susan J. Polino

### IDENTIFYING INFORMATION

| Patient Name: ███████ | Gender: Male |
|---|---|
| Date of Birth: ███████ | Age: 20 |
| Date of Assessment: 10/15/2021 | Date of Accident: 9/6/2021 |
| Evaluation Completed By: David Catacora, MS | Type of Accident: No-Fault/MVA |

### PATIENT HISTORY
**Purpose of Referral:** ███████ is a 20-year-old man, who reported being involved in a motor vehicle accident on 9/6/2021 ███████ reported that the accident left him with physical and emotional impairments.

### Accidental Details
███████ reported being driver during accident on 9/6/2021, at around 4:00PM. Patient reported traveling on street when he was rear-ended by another vehicle, causing him to then impact the vehicle in front of him. Patient reported being in shock at the time of the accident. He reported experiencing pains to the chest, stomach, neck, knees and lower back. He reported being taken to hospital by EMS where he received X-rays. Police completed an accident report.

### STATED CURRENT SYMPTOMS
**Physical:** None reported
**Emotional:** sadness, anxiousness, angry, flashbacks
**Cognitive:** None reported
**Suicidal/Homicidal Ideation:** None reported
**Patient reported experiencing the above-mentioned symptoms since the date of the accident.**

### PERTINENT BACKGROUND INFORMATION
**Employment Status:** Cashier
**Marital Status:** Single
**Children:** 0 children
**Education Level:** High School

### MEDICAL HISTORY
**Past or Current Medical Problems/Health Concerns:** None reported
**Allergies:** None reported
**Current Medications:** None reported
**Past Surgeries:** None reported

**Substance use in the past 30 days (not prescribed by a doctor):** None reported
**Alcohol use:** None reported
**Tobacco use:** None reported

1

**Caffeine use:** None reported

**PSYCHIATRIC HISTORY**
**Previous Psychotherapy and/or Outpatient Treatment:** History of Anxiety
**Current Use of Psychotropic Medication(s):** None reported
**Psychiatric Hospitalizations:** None reported

| MENTAL STATUS EXAMINATION |
|---|

| | |
|---|---|
| **Orientation:** | ☒ Person  ☒ Place  ☒ Time  ☒ Situation/Circumstance  ☐ Not oriented |
| **Attention/ Concentration:** | ☒ Good  ☐ Fair  ☐ Poor |
| **Insight/Judgment:** | ☒ Good  ☐ Fair  ☐ Poor |
| **Impulse Control:** | ☒ Good  ☐ Fair  ☐ Poor |
| **Recent Memory:** | ☒ Good  ☐ Fair  ☐ Poor |
| **Thought Process:** | ☒ Normal  ☐ Concrete  ☐ Flight of Ideas  ☐ Loose  ☐ Tangential |
| **Appearance:** | ☒ Appropriate ☐ Well-groomed ☐ Disheveled ☐ Self-neglect |
| **Behavior:** | ☒ Cooperative ☐ Guarded ☐ Irritable  ☐ Resistant ☐ Withdrawn |
| **Ambulation:** | ☒ Independent  ☐ Cane  ☐ Walker  ☐ Crutches  ☐ Other: |
| **Activity Level:** | ☒ Normal  ☐ Overactive  ☐ Underactive ☐ Restless  ☐ Agitated |
| **Vision:** | ☒ Within Functioning Limits  ☐ Limited Vision  ☐ Blind |
| **Hearing:** | ☒ Within Functioning Limits  ☐ Hard of Hearing  ☐ Deaf |
| **Non-Verbal Aphasia:** | ☒ None ☐ Global ☐ Expressive  ☐ Receptive ☐ Not Assessed |
| **Speech Rate:** | ☒ Normal  ☐ Slow  ☐ Fast  ☐ Halting |
| **Speech Quality:** | ☒ Normal  ☐ Soft  ☐ Loud  ☐ Pressured  ☐ Unintelligible |
| **Speech Content:** | ☒ Relevant  ☐ Irrelevant  ☐ Sparse  ☐ Rambling  ☐ Abusive |
| **Affect:** | ☒ Stable  ☐ Labile  ☐ Full Range  ☐ Flat/Constricted  ☐ Elevated  ☐ Irritable  ☐ Fearful  ☐ Sad  ☐ Inappropriate  ☐ Other: |
| **Mood:** | ☐ Euthymic  ☒ Anxiety  ☐ Depression  ☐ Anger/Frustration  ☐ Guilt  ☐ Shame  ☐ Dissociation  ☐ Mania  ☐ Other |

2

**CURRENT EXAMINATION**
**The following were completed at the time of the evaluation:**
Clinician Interview; Review of Records
Mood Assessments: Beck Depression Inventory (BDI-II), Beck Anxiety Inventory (BAI), Patient Health
Questionnaire (PHQ-9)
Trauma Assessment: The Primary Care PTSD Screen (PC-PTSD-5)
Cognitive Assessment: Neurobehavioral Symptom Inventory (NSI)

| SUMMARY OF FINDINGS |
| --- |

**TESTS AND RESULTS**

| | | |
| --- | --- | --- |
| **BDI-II:** | 13 | Mild |
| **PHQ-9:** | 2 | Minimal |
| **BAI:** | 7 | Minimal |

| | | |
| --- | --- | --- |
| **PC-PTSD-5:** | 0 Does not meet criteria for PTSD |

**NSI:** ████████ reported the following symptoms as disturbing in the last two weeks: feeling depressed or
sad.

**INTERPRETATION**
The results of this evaluation indicate ████████ is suffering from emotional impairments, in addition to his
physical pain, which are consequently and causally related to the accident on 9/6/2021

**DIAGNOSIS/DIAGNOSES AND CODE – Based on ICD-10/DSM-5**
*The test results are consistent with the criteria for the following diagnosis/diagnoses:*
   1. **F43.21 Adjstment Disorder with Depressed Mood**

**FINAL RECOMMENDATIONS**
████████ should receive Supportive Psychotherapy utilizing Cognitive Therapy and/or Biofeedback, at least
once a week in order to cope with his disability and regulate pain levels.

**DISCLAIMER**: All patients are aware that we do not provide emergency medical and/or psychological services. Therefore, in the event of
an emergency, patient should contact their current medical provider(s), call 911 or go to the nearest Emergency Room.

David Catacora, MS_____          10/15/2021
Clinician / Title                   Date

3

_____                  **12/16/2021**
Susan J. Pollno, PhD                                        Date

## PSYCHOLOGICAL ASSESSMENT
Dr. Susan J. Polino

**IDENTIFYING INFORMATION**

| Patient Name: ███████████ | Gender: Male |
|---|---|
| Date of Birth: ███████ | Age: 49 |
| Date of Assessment: 10/14/2021 | Date of Accident: 01/29/2021 |
| Evaluation Completed By: Colette Leon | Type of Accident: No-Fault/MVA |

### PATIENT HISTORY
**Purpose of Referral:** ███████ is a 39-year-old man, who reported being involved in a motor vehicle accident on 01/29/2021. ███████ reported that the accident left him with physical, emotional, and cognitive impairments

### Accidental Details
███████ was a passenger in the car which was involved in the accident on 01/29/21. The car ███████ was in, was driving straight when another car struck his vehicle at the driver's side. He reported that he injured his lower back and right shoulder. Upon impact of the accident he was shocked , nervous and scary. The police responded and a report was filed. ███████ reported, he was not  taken to the hospital by EMS.

 Mr. Dobbins reported that the accident left him with physical, emotional, and cognitive impairments.

### STATED CURRENT SYMPTOMS
**Physical:** Neck  and  back pain, headaches, insomnia
**Emotional:** Flashbacks, anxiousness
**Cognitive:** Difficulty of thinking and concentrating
**Suicidal/Homicidal Ideation:** None reported
Patient reported experiencing the above-mentioned symptoms since the date of the accident.

### PERTINENT BACKGROUND INFORMATION
**Employment Status:** Web outreach
**Marital Status:** Single
**Children:** 1 children
**Education Level:** High school

### MEDICAL HISTORY
**Past or Current Medical Problems/Health Concerns:** Heart, HBP
**Allergies:** None reported
**Current Medications:** None reported
**Past Surgeries:** Shoulder surgery

**Substance use in the past 30 days (not prescribed by a doctor):** None reported
**Alcohol use:** None reported

**Tobacco use:** None reported

**Caffeine use:** None reported

## PSYCHIATRIC HISTORY

**Previous Psychotherapy and/or Outpatient Treatment:** None reported

**Current Use of Psychotropic Medication(s):** None reported

**Psychiatric Hospitalizations:** None reported

| MENTAL STATUS EXAMINATION | |
|---|---|
| **Orientation:** | ☒ Person ☒ Place ☒ Time ☒ Situation/Circumstance ☐ Not oriented |
| **Attention/ Concentration:** | ☒ Good ☐ Fair ☐ Poor |
| **Insight/Judgment:** | ☒ Good ☐ Fair ☐ Poor |
| **Impulse Control:** | ☒ Good ☐ Fair ☐ Poor |
| **Recent Memory:** | ☒ Good ☐ Fair ☐ Poor |
| **Thought Process:** | ☒ Normal ☐ Concrete ☐ Flight of Ideas ☐ Loose ☐ Tangential |
| **Appearance:** | ☒ Appropriate ☐ Well-groomed ☐ Disheveled ☐ Self-neglect |
| **Behavior:** | ☒ Cooperative ☐ Guarded ☐ Irritable ☐ Resistant ☐ Withdrawn |
| **Ambulation:** | ☒ Independent ☐ Cane ☐ Walker ☐ Crutches ☐ Other: |
| **Activity Level:** | ☒ Normal ☐ Overactive ☐ Underactive ☐ Restless ☐ Agitated |
| **Vision:** | ☒ Within Functioning Limits ☐ Limited Vision ☐ Blind |
| **Hearing:** | ☒ Within Functioning Limits ☐ Hard of Hearing ☐ Deaf |
| **Non-Verbal Aphasia:** | ☒ None ☐ Global ☐ Expressive ☐ Receptive ☐ Not Assessed |
| **Speech Rate:** | ☒ Normal ☐ Slow ☐ Fast ☐ Halting |
| **Speech Quality:** | ☒ Normal ☐ Soft ☐ Loud ☐ Pressured ☐ Unintelligible |
| **Speech Content:** | ☒ Relevant ☐ Irrelevant ☐ Sparse ☐ Rambling ☐ Abusive |
| **Affect:** | ☒ Stable ☐ Labile ☐ Full Range ☐ Flat/Constricted ☐ Elevated ☐ Irritable ☐ Fearful ☐ Sad ☐ Inappropriate ☐ Other: |
| **Mood:** | ☒ Euthymic ☐ Anxiety ☐ Depression ☐ Anger/Frustration ☐ Guilt ☐ Shame ☐ Dissociation ☐ Mania ☐ Other |

## CURRENT EXAMINATION
**The following were completed at the time of the evaluation:**
Clinical Interview; Review of Records
<u>Mood Assessments:</u> Beck Depression Inventory (BDI-II), Beck Anxiety Inventory (BAI), Patient Health Questionnaire (PHQ-9)
<u>Trauma Assessment:</u> The Primary Care PTSD Screen (PC-PTSD-5)
<u>Cognitive Assessment:</u> Neurobehavioral Symptom Inventory (NSI)

| SUMMARY OF FINDINGS |
|---|

### TESTS AND RESULTS

| | | |
|---|---|---|
| **BDI-II:** | 19 | Mild |
| **PHQ-9:** | 11 | Moderate |
| **BAI:** | 23 | Moderate |
| | | |
| **PC-PTSD-5:** | **4** | Meets criteria for PTSD |

**NSI:** ███████ reported the following symptoms as disturbing in the last two weeks: Felling dizzy, loss of balance, poor coordination, clumsy, headaches, hearing difficulty, sensitivity to noise ,numbness or tingling on parts of my body, loss of appetite or increased appetite, forgetfulness, can't remember things, difficulty making decisions, slowed thinking, difficulty getting organized, can't finish things , fatigue, loss of energy, getting tired easily, difficulty falling or staying asleep, felling anxious or tense, felling depressed or sad, irritability, easily annoyed, poor frustration tolerance, feeling easily overwhelmed by things.

**INTERPRETATION**
The results of this evaluation indicate ████████s suffering from emotional impairments, in addition to his physical pain, which are consequently and causally related to the accident on 01/29/2021

### DIAGNOSIS/DIAGNOSES AND CODE – Based on ICD-10/DSM-5
*The test results are consistent with the criteria for the following diagnosis/diagnoses:*

1. **F43.0 Acute Stress Disorder**
2. **F41.1 Anxiety**

### FINAL RECOMMENDATIONS

████████ should receive Psychotherapy/Counseling to assist in the alleviation of presenting symptoms and thereby enhance physical recovery.

**DISCLAIMER:** All patients are aware that we do not provide emergency medical and/or psychological services. Therefore, in the event of an emergency, patient should contact their current medical provider(s), call 911 or go to the nearest Emergency Room.

**Colette Leon, MSW**
Clinician / Title

10/14/2021
Date


Susan J. Polino, PhD

10/14/2021
Date

# PSYCHOLOGICAL ASSESSMENT REPORT
Dr. Susan J. Polino

## IDENTIFYING INFORMATION

| Patient Name: ▇▇▇▇▇ | Gender: Female |
|---|---|
| Date of Birth: ▇▇▇▇ | Age: 23 |
| Date of Assessment: 10/13/2021 | Date of Accident: 7/9/2021 |
| Evaluation Completed By: David Catacora, MS | Type of Accident: MVA |

## PATIENT HISTORY
**Purpose of Referral:** ▇▇▇▇▇▇▇ is a 23-year-old woman, who reported being involved in a motor vehicle accident on 7/9/2021.

**Accidental Details**
▇▇▇▇▇▇ reported she was the passenger sitting next to the driver. The patient reported that they were crossing the intersection when they were hit on the passenger side door and front side of the car by another vehicle.

▇▇▇▇▇▇ reported that the accident left her with physical, emotional, and cognitive pain. Upon impact she reported that she injured her right shoulder, chest, hips, and stomach.

## STATED CURRENT SYMPTOMS
**Physical:** headaches, increased fatigue, blurry vision, insomnia, chest pain, back pain, neck pain
**Emotional:** anxiousness, impatience, irritability, sad/depressed
**Cognitive:** paranoia, difficulty concentrating
**Suicidal/Homicidal Ideation:** Denied
Patient reported experiencing the above-mentioned symptoms since the date of the accident.

## PERTINENT BACKGROUND INFORMATION
**Employment Status:** Internship
**Marital Status:** Single
**Children:** No children
**Education Level:** Some College

## MEDICAL HISTORY
**Past or Current Medical Problems/Health Concerns:** Asthma
**Allergies:** Ibuprofen
**Current Medications:** Denied
**Past Surgeries:** Denied

**Substance use in the past 30 days (not prescribed by a doctor):** Denied
**Alcohol use:** Denied
**Tobacco use:** Denied

1

**Caffeine use:** Denied

**PSYCHIATRIC HISTORY**
**Previous Psychotherapy and/or Outpatient Treatment:** Yes-Anxiety
**Current Use of Psychotropic Medication(s):** Denied
**Psychiatric Hospitalizations:** Denied

| MENTAL STATUS EXAMINATION | |
|---|---|
| **Orientation:** | ☒ Person  ☐ Place  ☐ Time  ☐ Situation/Circumstance  ☐ Not oriented |
| **Attention/ Concentration:** | ☒ Good  ☐ Fair  ☐ Poor |
| **Insight/Judgment:** | ☒ Good  ☐ Fair  ☐ Poor |
| **Impulse Control:** | ☒ Good  ☐ Fair  ☐ Poor |
| **Recent Memory:** | ☒ Good  ☐ Fair  ☐ Poor |
| **Thought Process:** | ☒ Normal  ☐ Concrete  ☐ Flight of Ideas  ☐ Loose  ☐ Tangential |
| **Appearance:** | ☒ Appropriate  ☐ Well-groomed  ☐ Disheveled  ☐ Self-neglect |
| **Behavior:** | ☒ Cooperative  ☐ Guarded  ☐ Irritable  ☐ Resistant  ☐ Withdrawn |
| **Ambulation:** | ☒ Independent  ☐ Cane  ☐ Walker  ☐ Crutches  ☐ Other: |
| **Activity Level:** | ☒ Normal  ☐ Overactive  ☐ Underactive  ☐ Restless  ☐ Agitated |
| **Vision:** | ☒ Within Functioning Limits  ☐ Limited Vision  ☐ Blind |
| **Hearing:** | ☒ Within Functioning Limits  ☐ Hard of Hearing  ☐ Deaf |
| **Non-Verbal Aphasia:** | ☒ None  ☐ Global  ☐ Expressive  ☐ Receptive  ☐ Not Assessed |
| **Speech Rate:** | ☒ Normal  ☐ Slow  ☐ Fast  ☐ Halting |
| **Speech Quality:** | ☒ Normal  ☐ Soft  ☐ Loud  ☐ Pressured  ☐ Unintelligible |
| **Speech Content:** | ☒ Relevant  ☐ Irrelevant  ☐ Sparse  ☐ Rambling  ☐ Abusive |
| **Affect:** | ☒ Stable  ☐ Labile  ☐ Full Range  ☐ Flat/Constricted  ☐ Elevated  ☐ Irritable  ☐ Fearful  ☐ Sad  ☐ Inappropriate  ☐ Other: |
| **Mood:** | ☐ Euthymic  ☒ Anxiety  ☒ Depression  ☐ Anger/Frustration  ☐ Guilt  ☐ Shame  ☐ Dissociation  ☐ Mania  ☐ Other |

2

**CURRENT EXAMINATION**
**The following were completed at the time of the evaluation:**
Clinical Interview; Review of Records
Mood Assessments: Beck Depression Inventory (BDI-II), Beck Anxiety Inventory (BAI), Patient Health
Questionnaire (PHQ-9)
Trauma Assessment: The Primary Care PTSD Screen (PC-PTSD-5)
Cognitive Assessment: Neurobehavioral Symptom Inventory (NSI)

| | SUMMARY OF FINDINGS | |
|---|---|---|

**TESTS AND RESULTS**

| | | |
|---|---|---|
| **BDI-II:** | 31 | Severe |
| **PHQ-9:** | 27 | Severe |
| **BAI:** | 56 | Severe |
| **PC-PTSD-5:** | 5 | Meets criteria for PTSD |

NSI: ███████████ reported the following symptoms as disturbing in the last two weeks: loss of
balance. feeling dizzy. poor coordination, clumsy, headaches. nausea, loss of appetite, difficulty falling or staying
asleep. feeling depressed, sad, poor frustration.

**INTERPRETATION**
The results of this evaluation indicate ███████████ s suffering from emotional and cognitive
impairments, in addition to her physical pain, which are consequently and causally related to the accident on
7/9/2021

**DIAGNOSIS/DIAGNOSES AND CODE -- Based on ICD-10/DSM-5**
*The test results are consistent with the criteria for the following diagnosis/diagnoses:*
1. **F43.12 Post-Traumatic Stress Disorder, Chronic**
2. **F41.1 Generalized Anxiety Disorder**

**FINAL RECOMMENDATIONS**
███████████ should receive Supportive Psychotherapy utilizing Cognitive Therapy and/or
Biofeedback, at least once a week in order to cope with her disability and regulate pain levels. Presently, it is
also recommended ███████████ eceive cognitive remediation as needed.

---

DISCLAIMER: All patients are aware that we do not provide emergency medical and/or psychological services. Therefore, in the event of
an emergency, patient should contact their current medical provider(s), call 911 or go to the nearest Emergency Room.

---

**David Catacora, MS**                                10/13/2021
Clinician / Title                                     Date

3

_____

Susan J. Polino, PhD                              Date    **12/9/2021**

4

## PSYCHOLOGICAL ASSESSMENT REPORT
Dr. Susan J. Polino

### IDENTIFYING INFORMATION

| | |
|---|---|
| **Patient Name:** ██████████ | **Gender: Male** |
| **Date of Birth:** ██████████ | **Age:** 33 |
| **Date of Assessment: 10/14/2021** | **Date of Accident: 6/27/2021** |
| **Evaluation Completed By: David Catacora** | **Type of Accident: No-Fault/MVA** |

### PATIENT HISTORY
**Purpose of Referral:** ████████ s a 33-year-old man, who reported being involved in a motor vehicle accident on 6/27/2021 ████████ reported that the accident left him with emotional impairments.

**Accidental Details**
████████ reported the accident occurred at approximately 7:00 AM during a sunny and warm morning. Mr. ████ reported he was driving, and while making a right turn, another motorist who also tried to make a right turn, hit ████████ car on the driver's side. He reported he sustained injuries to his lower back and left shoulder. He also reported the police responded and a report was filed; he reported he was not taken to the hospital by EMS.

████████ reported that the accident left him with emotional impairments.

### STATED CURRENT SYMPTOMS
**Physical:** None reported
**Emotional:** Fear of driving or being a passenger, sadness/depression, anxiety, and fears.
**Cognitive:** None reported
**Suicidal/Homicidal Ideation:** Denied
**Patient reported experiencing the above-mentioned symptoms since the date of the accident.**

### PERTINENT BACKGROUND INFORMATION
**Employment Status:** Unemployed
**Marital Status:** Single
**Children:** 4 children
**Education Level:** High school

### MEDICAL HISTORY
**Past or Current Medical Problems/Health Concerns:** Denied
**Allergies:** Denied
**Current Medications:** Denied
**Past Surgeries:** Denied

**Substance use in the past 30 days (not prescribed by a doctor):** Denied
**Alcohol use:** Denied

1

**Tobacco use:** Denied
**Caffeine use:** Denied
**PSYCHIATRIC HISTORY**
**Previous Psychotherapy and/or Outpatient Treatment:** Denied
**Current Use of Psychotropic Medication(s):** Denied
**Psychiatric Hospitalizations:** Denied

| MENTAL STATUS EXAMINATION |
|---|

| | |
|---|---|
| **Orientation:** | ☒ Person  ☒ Place  ☒ Time  ☒ Situation/Circumstance  ☐ Not oriented |
| **Attention/ Concentration:** | ☒ Good  ☐ Fair  ☐ Poor |
| **Insight/Judgment:** | ☒ Good  ☐ Fair  ☐ Poor |
| **Impulse Control:** | ☒ Good  ☐ Fair  ☐ Poor |
| **Recent Memory:** | ☒ Good  ☐ Fair  ☐ Poor |
| **Thought Process:** | ☒ Normal  ☐ Concrete  ☐ Flight of Ideas  ☐ Loose  ☐ Tangential |
| **Appearance:** | ☒ Appropriate  ☐ Well-groomed  ☐ Disheveled  ☐ Self-neglect |
| **Behavior:** | ☒ Cooperative  ☐ Guarded  ☐ Irritable  ☐ Resistant  ☐ Withdrawn |
| **Ambulation:** | ☒ Independent  ☐ Cane  ☐ Walker  ☐ Crutches  ☐ Other: |
| **Activity Level:** | ☒ Normal  ☐ Overactive  ☐ Underactive  ☐ Restless  ☐ Agitated |
| **Vision:** | ☒ Within Functioning Limits  ☐ Limited Vision  ☐ Blind |
| **Hearing:** | ☒ Within Functioning Limits  ☐ Hard of Hearing  ☐ Deaf |
| **Non-Verbal Aphasia:** | ☒ None  ☐ Global  ☐ Expressive  ☐ Receptive  ☐ Not Assessed |
| **Speech Rate:** | ☒ Normal  ☐ Slow  ☐ Fast  ☐ Halting |
| **Speech Quality:** | ☒ Normal  ☐ Soft  ☐ Loud  ☐ Pressured  ☐ Unintelligible |
| **Speech Content:** | ☒ Relevant  ☐ Irrelevant  ☐ Sparse  ☐ Rambling  ☐ Abusive |
| **Affect:** | ☐ Stable  ☐ Labile  ☐ Full Range  ☐ Flat/Constricted  ☐ Elevated  ☒ Irritable  ☒ Fearful  ☐ Sad  ☐ Inappropriate  ☐ Other: |
| **Mood:** | ☐ Euthymic  ☒ Anxiety  ☐ Depression  ☒ Anger/Frustration  ☐ Guilt |

☐ Shame  ☐ Dissociation  ☐ Mania  ☐ Other

## CURRENT EXAMINATION
**The following were completed at the time of the evaluation:**
Clinical Interview; Review of Records
Mood Assessments: Beck Depression Inventory (BDI-II), Beck Anxiety Inventory (BAI), Patient Health
Questionnaire (PHQ-9)
Trauma Assessment: The Primary Care PTSD Screen (PC-PTSD-5)
Cognitive Assessment: Neurobehavioral Symptom Inventory (NSI)

| SUMMARY OF FINDINGS |
|---|

## TESTS AND RESULTS

| | | |
|---|---|---|
| **BDI-II:** | 0 | Normal |
| **PHQ-9:** | 0 | Minimal |
| **BAI:** | 0 | Minimal |

**PC-PTSD-5:**          Mr. Williams did not complete test.

**NSI:** ███████ reported the following symptoms as disturbing in the last two weeks: none reported.

## INTERPRETATION
The results of this evaluation indicate ███████ is suffering from emotional impairments, which are
consequently and causally related to the accident on 6/27/2021

## DIAGNOSIS/DIAGNOSES AND CODE -- Based on ICD-10/DSM-5
*The test results are consistent with the criteria for the following diagnosis/diagnoses:*
- **F45.42 Pain Disorder with Psychological Factors**

## FINAL RECOMMENDATIONS
███████ should receive Supportive Psychotherapy utilizing Cognitive Therapy and/or Biofeedback, at least
once a week in order to cope with his disability and regulate pain levels.

**DISCLAIMER:** All patients are aware that we do not provide emergency medical and/or psychological services. Therefore, in the event of an emergency, patient should contact their current medical provider(s), call 911 or go to the nearest Emergency Room.

**David Catacora, MS**                           10/14/2021
Clinician / Title                                Date

3

_____
Dr. Susan J. Polino, PhD

<u>11/10/2021</u>
Date

**4**

## PSYCHOLOGICAL ASSESSMENT
Dr. Susan J. Polino

**IDENTIFYING INFORMATION**

| Patient Name: ███████ | Gender: Male |
|---|---|
| Date of Birth: ███████ | Age: 21 |
| Date of Assessment: 10/14/2021 | Date of Accident: 08/11/2021 |
| Evaluation Completed By: Colette Leon | Type of Accident: No-Fault/MVA |

### PATIENT HISTORY
**Purpose of Referral:** ███████ is a 21-year-old man, who reported being involved in a motor vehicle accident on 08/11/2021. ███████ reported that the accident left him with physical, emotional, and cognitive impairments.

### Accidental Details
███████ was a driver in the car which was involved in the accident on 08/11/21. ███████ was driving straight, when was rear-ended by another vehicle He reported that he injured his lower back and neck. Upon impact of the accident he was shocked , nervous and scary. The police responded and a report was filed. Mr. ███████ reported, he was not  taken to the hospital by EMS.

███████ reported that the accident left him with physical, emotional, and cognitive impairments.

### STATED CURRENT SYMPTOMS
**Physical:** Neck  and  back pain, headaches, insomnia
**Emotional:** Flashbacks and anxiousness
**Cognitive:** None reported
**Suicidal/Homicidal Ideation:** None reported
**Patient reported experiencing the above-mentioned symptoms since the date of the accident.**

### PERTINENT BACKGROUND INFORMATION
**Employment Status:** Unemployed
**Marital Status:** Single
**Children:** None reported
**Education Level:** High school

### MEDICAL HISTORY
**Past or Current Medical Problems/Health Concerns:** None reported
**Allergies:** None reported
**Current Medications:** None reported
**Past Surgeries:** None reported

**Substance use in the past 30 days (not prescribed by a doctor):** Marijuana, weekly
**Alcohol use:** None reported

**Tobacco use:** None reported

**Caffeine use:** None reported

## PSYCHIATRIC HISTORY

**Previous Psychotherapy and/or Outpatient Treatment:** None reported

**Current Use of Psychotropic Medication(s):** None reported

**Psychiatric Hospitalizations:** None reported

| MENTAL STATUS EXAMINATION | |
|---|---|
| **Orientation:** | ☒ Person ☒ Place ☒ Time ☒ Situation/Circumstance ☐ Not oriented |
| **Attention/ Concentration:** | ☒ Good ☐ Fair ☐ Poor |
| **Insight/Judgment:** | ☒ Good ☐ Fair ☐ Poor |
| **Impulse Control:** | ☒ Good ☐ Fair ☐ Poor |
| **Recent Memory:** | ☒ Good ☐ Fair ☐ Poor |
| **Thought Process:** | ☒ Normal ☐ Concrete ☐ Flight of Ideas ☐ Loose ☐ Tangential |
| **Appearance:** | ☒ Appropriate ☐ Well-groomed ☐ Disheveled ☐ Self-neglect |
| **Behavior:** | ☒ Cooperative ☐ Guarded ☐ Irritable ☐ Resistant ☐ Withdrawn |
| **Ambulation:** | ☒ Independent ☐ Cane ☐ Walker ☐ Crutches ☐ Other: |
| **Activity Level:** | ☒ Normal ☐ Overactive ☐ Underactive ☐ Restless ☐ Agitated |
| **Vision:** | ☒ Within Functioning Limits ☐ Limited Vision ☐ Blind |
| **Hearing:** | ☒ Within Functioning Limits ☐ Hard of Hearing ☐ Deaf |
| **Non-Verbal Aphasia:** | ☒ None ☐ Global ☐ Expressive ☐ Receptive ☐ Not Assessed |
| **Speech Rate:** | ☒ Normal ☐ Slow ☐ Fast ☐ Halting |
| **Speech Quality:** | ☒ Normal ☐ Soft ☐ Loud ☐ Pressured ☐ Unintelligible |
| **Speech Content:** | ☒ Relevant ☐ Irrelevant ☐ Sparse ☐ Rambling ☐ Abusive |
| **Affect:** | ☒ Stable ☐ Labile ☐ Full Range ☐ Flat/Constricted ☐ Elevated ☐ Irritable ☐ Fearful ☐ Sad ☐ Inappropriate ☐ Other: |
| **Mood:** | ☒ Euthymic ☐ Anxiety ☐ Depression ☐ Anger/Frustration ☐ Guilt ☐ Shame ☐ Dissociation ☐ Mania ☐ Other |

## CURRENT EXAMINATION
**The following were completed at the time of the evaluation:**
Clinical Interview; Review of Records
**Mood Assessments:** Beck Depression Inventory (BDI-II), Beck Anxiety Inventory (BAI), Patient Health Questionnaire (PHQ-9)
**Trauma Assessment.** The Primary Care PTSD Screen (PC-PTSD-5)
**Cognitive Assessment:** Neurobehavioral Symptom Inventory (NSI)

| SUMMARY OF FINDINGS |
|---|

### TESTS AND RESULTS

| | | |
|---|---|---|
| **BDI-II:** | 10 | Minimal |
| **PHQ-9:** | 9 | Mild |
| **BAI:** | 8 | Minimal |
| **PC-PTSD-5:** | **3** | Meets criteria for PTSD |

**NSI:** ▆▆▆▆▆▆ reported the following symptoms as disturbing in the last two weeks: Felling dizzy, headaches, sensitivity to light ,numbness or tingling on parts of my body, loss of appetite or increased appetite, poor concentration, can't pay attention, easily distracted, forgetfulness, can't remember things, slowed thinking, difficulty getting organized, can't finish things , fatigue, loss of energy, getting tired easily, difficulty falling or staying asleep, felling depressed or sad, irritability, easily annoyed, poor frustration tolerance, feeling easily overwhelmed by things.

**INTERPRETATION**
The results of this evaluation indicate ▆▆▆▆▆ is suffering from emotional impairments, in addition to his physical pain, which are consequently and causally related to the accident on 08/11/2021

### DIAGNOSIS/DIAGNOSES AND CODE – Based on ICD-10/DSM-5
*The test results are consistent with the criteria for the following diagnosis/diagnoses:*

1. **F43.0 Acute Stress Disorder**

### FINAL RECOMMENDATIONS

▆▆▆▆▆ should receive Psychotherapy/Counseling to assist in the alleviation of presenting symptoms and thereby enhance physical recovery.

**DISCLAIMER:** All patients are aware that we do not provide emergency medical and/or psychological services. Therefore, in the event of an emergency, patient should contact their current medical provider(s), call 911 or go to the nearest Emergency Room.

**Colette Leon, MSW**
Clinician / Title

<u>10/14/2021</u>
Date


<u>10/14/2021</u>
Date

Susan J. Polino, PhD

## PSYCHOLOGICAL ASSESSMENT REPORT
Dr. Susan J. Polino

### IDENTIFYING INFORMATION

| | |
|---|---|
| **Patient Name:** ███████████ | **Gender: Female** |
| **Date of Birth:** ██████ | **Age: 55** |
| **Date of Assessment: 10/12/2021** | **Date of Accident: 7/5/2021** |
| **Evaluation Completed By: Orleida Matos, LMSW** | **Type of Accident:** No-Fault/MVA |

### PATIENT HISTORY
**Purpose of Referral:** ███████████ is a 55-year-old woman, who reported being involved in a motor vehicle accident on 7/5/2021 ███████████ reported that the accident left her with physical, emotional and cognitive impairments.

### Accidental Details
███████████ reported being the front seat passenger at the time of the accident. The patient reported wearing seat belt at the time. The patient reported that as they were traveling on the highway, another vehicle rear-ended them, causing them to then the side reels on the side of the highway. The patient reported that at the time of the impact she felt very nervous and in shock. She reported that she had whiplash and experienced pain in the neck, back, shoulders and knees. The patient reported that the police arrived to the scene and completed an accident report.

### STATED CURRENT SYMPTOMS
**Physical:** Insomnia; Pain in back and neck
**Emotional:** Anxiousness
**Cognitive:** Difficulty concentrating
**Suicidal/Homicidal Ideation:** None reported
**Patient reported experiencing the above-mentioned symptoms since the date of the accident.**

### PERTINENT BACKGROUND INFORMATION
**Employment Status:** Unemployed
**Marital Status:** Married
**Children:** 2 children
**Education Level:** High School

### MEDICAL HISTORY
**Past or Current Medical Problems/Health Concerns:** None reported
**Allergies:** None reported
**Current Medications:** None reported
**Past Surgeries:** None reported

**Substance use in the past 30 days (not prescribed by a doctor):** None reported

1

**Alcohol use:** None reported
**Tobacco use:** None reported
**Caffeine use:** Yes

## PSYCHIATRIC HISTORY
**Previous Psychotherapy and/or Outpatient Treatment:** None reported
**Current Use of Psychotropic Medication(s):** None reported
**Psychiatric Hospitalizations:** None reported

| MENTAL STATUS EXAMINATION |
|---|

| | |
|---|---|
| **Orientation:** | ☒ Person  ☒ Place  ☒ Time  ☒ Situation/Circumstance  ☐ Not oriented |
| **Attention/ Concentration:** | ☒ Good      ☐ Fair  ☐ Poor |
| **Insight/Judgment:** | ☒ Good      ☐ Fair  ☐ Poor |
| **Impulse Control:** | ☒ Good      ☐ Fair  ☐ Poor |
| **Recent Memory:** | ☒ Good      ☐ Fair  ☐ Poor |
| **Thought Process:** | ☒ Normal      ☐ Concrete      ☐ Flight of Ideas  ☐ Loose      ☐ Tangential |
| **Appearance:** | ☒ Appropriate ☐ Well-groomed ☐ Disheveled ☐ Self-neglect |
| **Behavior:** | ☒ Cooperative  ☐ Guarded  ☐ Irritable      ☐ Resistant  ☐ Withdrawn |
| **Ambulation:** | ☒ Independent  ☐ Cane      ☐ Walker      ☐ Crutches  ☐ Other: |
| **Activity Level:** | ☒ Normal  ☐ Overactive      ☐ Underactive  ☐ Restless      ☐ Agitated |
| **Vision:** | ☒ Within Functioning Limits      ☐ Limited Vision  ☐ Blind |
| **Hearing:** | ☒ Within Functioning Limits      ☐ Hard of Hearing  ☐ Deaf |
| **Non-Verbal Aphasia:** | ☒ None  ☐ Global  ☐ Expressive      ☐ Receptive  ☐ Not Assessed |
| **Speech Rate:** | ☒ Normal  ☐ Slow  ☐ Fast  ☐ Halting |
| **Speech Quality:** | ☒ Normal  ☐ Soft      ☐ Loud  ☐ Pressured  ☐ Unintelligible |
| **Speech Content:** | ☒ Relevant  ☐ Irrelevant  ☐ Sparse  ☐ Rambling  ☐ Abusive |
| **Affect:** | ☒ Stable  ☐ Labile      ☐ Full Range  ☐ Flat/Constricted  ☐ Elevated  ☐ Irritable  ☐ Fearful  ☐ Sad  ☐ Inappropriate  ☐ Other: |

2

**Mood:**          ☒ Euthymic ☐ Anxiety ☐ Depression ☐ Anger/Frustration ☐ Guilt
                   ☐ Shame ☐ Dissociation ☐ Mania ☐ Other

## CURRENT EXAMINATION
**The following were completed at the time of the evaluation:**
Clinician Interview; Review of Records
Mood Assessments: Beck Depression Inventory (BDI-II), Beck Anxiety Inventory (BAI), Patient Health
Questionnaire (PHQ-9)
Trauma Assessment: The Primary Care PTSD Screen (PC-PTSD-5)
Cognitive Assessment: Neurobehavioral Symptom Inventory (NSI)

| SUMMARY OF FINDINGS |
|---|

## TESTS AND RESULTS

| | | |
|---|---|---|
| **BDI-II:** | 18 | Mild |
| **PHQ-9:** | 11 | Moderate |
| **BAI:** | 19 | Moderate |

**PC-PTSD-5:**          0 Does not meet criteria for PTSD

**NSI:** ▮▮▮▮▮▮▮▮ reported the following symptoms as disturbing in the last two weeks: vision problems/blurring, nausea, loss of appetite or increased appetite, poor concentration, forgetfulness, headaches, feeling anxious or tense, feeling depressed or sad, difficulty falling or staying asleep.

## INTERPRETATION
The results of this evaluation indicate ▮▮▮▮▮▮▮ is suffering from emotional and cognitive impairments, in addition to her physical pain, which are consequently and causally related to the accident on 7/5/2021

## DIAGNOSIS/DIAGNOSES AND CODE – Based on ICD-10/DSM-5
*The test results are consistent with the criteria for the following diagnosis/diagnoses:*
   1. **F43.23 Adjustment Disorder with Mixed Anxiety and Depressed Mood**

## FINAL RECOMMENDATIONS
▮▮▮▮▮▮▮ should receive Supportive Psychotherapy utilizing Cognitive Therapy and/or Biofeedback, at least once a week in order to cope with her disability and regulate pain levels. Presently, it is also recommended ▮▮▮▮▮▮ receive cognitive remediation as needed.

| **DISCLAIMER:** All patients are aware that we do not provide emergency medical and/or psychological services. Therefore, in the event of an emergency, patient should contact their current medical provider(s), call 911 or go to the nearest Emergency Room. |
|---|

**Orielda Matos, LMSW**          10/12/2021
Clinician / Title                Date

3

_(signature)_
_____
Susan J. Polino, PhD                          Date    <u>12/14/2021</u>

4

# PSYCHOLOGICAL ASSESSMENT REPORT
Dr. Susan J. Polino

## IDENTIFYING INFORMATION

| Patient Name: ██████████ | Gender: Male |
|---|---|
| Date of Birth: ██████ | Age: 25 |
| Date of Assessment: 10/11/2021 | Date of Accident: 7/11/2021 |
| Evaluation Completed By: Sheryl Louis – MSW | Type of Accident: MVA |

## PATIENT HISTORY
**Purpose of Referral:** ██████████ is a 25-year-old man, who reported being involved in a motor vehicle accident on 7/11/2021 ████████████ reported that the accident left him with physical and emotional impairments. ████████████

**Accidental Details**
████████████ reported he was the driver. At an intersection there was a stop sign. He came to a full stop when other car in the opposite direction did not make a stop and collided with him.

Upon impact he reported his body jerked forward. He reported feeling back pain and he was very nervous. Police and EMS arrived to the scene and the patient was taken to the hospital for review and discharged the same day.

## STATED CURRENT SYMPTOMS
**Physical:** headaches, back pain
**Emotional:** None reported
**Cognitive:** None reported
**Suicidal/Homicidal Ideation:** Denied
**Patient reported experiencing the above-mentioned symptoms since the date of the accident.**

## PERTINENT BACKGROUND INFORMATION
**Employment Status:** Doorman
**Marital Status:** Single
**Children:** 0
**Education Level:** Some College

## MEDICAL HISTORY
**Past or Current Medical Problems/Health Concerns:** Denied
**Allergies:** Denied
**Current Medications:** Denied
**Past Surgeries:** Denied

**Substance use in the past 30 days (not prescribed by a doctor):** Denied
**Alcohol use:** Denied

1

**Tobacco use:** Denied
**Caffeine use:** Denied

## PSYCHIATRIC HISTORY
**Previous Psychotherapy and/or Outpatient Treatment:** Denied
**Current Use of Psychotropic Medication(s):** Denied
**Psychiatric Hospitalizations:** Denied

| MENTAL STATUS EXAMINATION | |
|---|---|
| **Orientation:** | ☒ Person  ☐ Place  ☐ Time  ☐ Situation/Circumstance  ☐ Not oriented |
| **Attention/ Concentration:** | ☒ Good  ☐ Fair  ☐ Poor |
| **Insight/Judgment:** | ☒ Good  ☐ Fair  ☐ Poor |
| **Impulse Control:** | ☒ Good  ☐ Fair  ☐ Poor |
| **Recent Memory:** | ☒ Good  ☐ Fair  ☐ Poor |
| **Thought Process:** | ☒ Normal  ☐ Concrete  ☐ Flight of Ideas  ☐ Loose  ☐ Tangential |
| **Appearance:** | ☒ Appropriate  ☐ Well-groomed  ☐ Disheveled  ☐ Self-neglect |
| **Behavior:** | ☒ Cooperative  ☐ Guarded  ☐ Irritable  ☐ Resistant  ☐ Withdrawn |
| **Ambulation:** | ☒ Independent  ☐ Cane  ☐ Walker  ☐ Crutches  ☐ Other: |
| **Activity Level:** | ☒ Normal  ☐ Overactive  ☐ Underactive  ☐ Restless  ☐ Agitated |
| **Vision:** | ☒ Within Functioning Limits  ☐ Limited Vision  ☐ Blind |
| **Hearing:** | ☒ Within Functioning Limits  ☐ Hard of Hearing  ☐ Deaf |
| **Non-Verbal Aphasia:** | ☒ None  ☐ Global  ☐ Expressive  ☐ Receptive  ☐ Not Assessed |
| **Speech Rate:** | ☒ Normal  ☐ Slow  ☐ Fast  ☐ Halting |
| **Speech Quality:** | ☒ Normal  ☐ Soft  ☐ Loud  ☐ Pressured  ☐ Unintelligible |
| **Speech Content:** | ☒ Relevant  ☐ Irrelevant  ☐ Sparse  ☐ Rambling  ☐ Abusive |
| **Affect:** | ☒ Stable  ☐ Labile  ☐ Full Range  ☐ Flat/Constricted  ☐ Elevated  ☐ Irritable  ☐ Fearful  ☐ Sad  ☐ Inappropriate  ☐ Other: |
| **Mood:** | ☒ Euthymic  ☐ Anxiety  ☐ Depression  ☐ Anger/Frustration  ☐ Guilt |

2

☐ Shame  ☐ Dissociation  ☐ Mania  ☐ Other

## CURRENT EXAMINATION
**The following were completed at the time of the evaluation:**
Clinical Interview; Review of Records
<u>Mood Assessments:</u> Beck Depression Inventory (BDI-II), Beck Anxiety Inventory (BAI), Patient Health Questionnaire (PHQ-9)
<u>Trauma Assessment:</u> The Primary Care PTSD Screen (PC-PTSD-5)
<u>Cognitive Assessment:</u> Neurobehavioral Symptom Inventory (NSI)

| SUMMARY OF FINDINGS |
| --- |

### TESTS AND RESULTS

| | | |
| --- | --- | --- |
| **BDI-II:** | 0 | Normal |
| **PHQ-9:** | 1 | Minimal |
| **BAI:** | 5 | Minimal |
| **PC-PTSD-5:** | 0 | Does not meet criteria for PTSD |

**NSI:** ████████████ reported the following symptoms as disturbing in the last two weeks: no symptoms reported

### INTERPRETATION
The results of this evaluation indicate ████████████ is suffering from emotional impairments, in addition to him physical pain, which are consequently and causally related to the accident on 7/11/2021

### DIAGNOSIS/DIAGNOSES AND CODE – Based on ICD-10/DSM-5
*The test results are consistent with the criteria for the following diagnosis/diagnoses:*
1. **F45.42 Pain Disorder with Psychological Factors**

### FINAL RECOMMENDATIONS
████████████ should receive Supportive Psychotherapy utilizing Cognitive Therapy and/or Biofeedback, at least once a week in order to cope with his disability and regulate pain levels.

**DISCLAIMER:** All patients are aware that we do not provide emergency medical and/or psychological services. Therefore, in the event of an emergency, patient should contact their current medical provider(s), call 911 or go to the nearest Emergency Room.

<u>Sheryl Louis, MSW</u>                     <u>10/11/2021</u>
Clinician / Title                          Date

_____                    <u>12/9/2021</u>
Susan J. Polino, PhD                        Date

3